<u>CRIMINAL PROCEEDINGS</u> – **Sentencing**

    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge B. Lynn Winmill | Date: July 20, 2021 |
| Case No. 1:20-cr-74 | Deputy Clerk: Jamie Gearhart |
| Place: Boise | ESR: Jamie Gearhart |
| | Time: 4:13 – 4:32 p.m. |
| |        4:49 – 4:53 p.m. |
| | Total time: 23 minutes |

UNITED STATES OF AMERICA vs JOSEPH ANTHONY LEE

Counsel for United States – Kassandra McGrady
Counsel for Defendant – Thomas Monaghan
Probation – Ryan Lesmeister

(X)   The Court granted the Government's motion to dismiss Counts 2 and 3 of the Indictment.

(X)   An evidentiary hearing is necessary to resolve the objections to the Presentence Report.

(X)   The Sentencing is continued to September 13, 2021 at 9:00 a.m. before Judge B. Lynn Winmill.

(X)   Defendant remanded to the custody of the United States Marshals Service.